### 8038.   ROWLAND v. BEASLEY.

JENKINS, J.  There was evidence sustaining the material allegations of the defendant's plea, upon which the jury might have found in his favor, and therefore this court has no authority to disturb the verdict. *Edge* v. *Thomas*, 9 *Ga. App.* 559 (71 S. E. 875).

      *Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*
                 DECIDED APRIL 25, 1917.

Complaint; from Evans superior court—Judge Sheppard. April 28, 1916.

*P. M. Anderson,* for plaintiff.   *Daniel & Daniel,* for defendant.

---

### 8062.   PHILLIPS-BOYD PUBLISHING CO. v. BIRD.

BLOODWORTH, J.  1.  "This court has no power to determine that the preponderance of the evidence is in favor of one party to a cause rather than the other, or to award a new trial in any case where there is any evidence sufficient to support the verdict." *Bunn* v. *Hargraves*, 3 *Ga. App.* 518 (60 S. E. 223); *Wilson* v. *Barnard*, 10 *Ga. App.* 90 (8), 99 (72 S. E. 943); *Randall* v. *Bell*, 12 *Ga. App.* 614 (77 S. E. 1132).

2.  The trial judge did not err either in admitting the testimony complained of or in refusing a new trial.

      *Judgment affirmed. Broyles, P. J., and Jenkins, J., concur.*
                 DECIDED APRIL 25, 1917.

Complaint; from Taliaferro superior court—Judge Walker. October 18, 1916.

*Noel P. Park,* for plaintiff in error.   *Hawes Cloud,* contra.